UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRITTANY R. BATTSON, ET AL** | **CIVIL DOCKET NO. 5:23-00689** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SYMPHANY MAYS, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], noting the absence of objections filed thereto, and concurring with the Magistrate Judge's finding under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [Doc. 9], is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' claims pursuant to 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE and that Plaintiffs' claims pursuant to Louisiana state law are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 5th day of December 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE